*Frank G. Rabb,* for plaintiff in error.

*E. G. Weathers, solicitor,* contra.

---

### 14448. MARTIN v. THE STATE.

The evidence as to the finding of whisky in the defendant's bedroom and under a shelter near the house in which he lived was sufficient to authorize a conviction on the charge of possessing such liquor.

> DECIDED JUNE 12, 1923.

Accusation of possession of liquor; from city court of Millen — Judge Woodrum. February 19, 1923.

*Dixon & Reynolds,* for plaintiff in error.

*E. G. Weathers, solicitor,* contra.

LUKE, J. The defendant was convicted of violation of the prohibition statute. He brings his case here for review upon the sole complaint that the evidence does not authorize the verdict. There being evidence that there was found in his bedroom a quantity of whisky, and under a shelter near the house in which he lived another quantity of intoxicating liquors, and the verdict of the jury having the approval of the trial judge, this court cannot say that it was error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*